| | |
|---|---|
| HOLLY T. SHIKADA | 4017 |
|    Attorney General of Hawaiʻi | |
| KIMBERLY T. GUIDRY | 7813 |
| ROBERT T. NAKATSUJI | 6743 |
| KALIKOʻONALANI D. FERNANDES | 9964 |
| KENDALL J. MOSER | 6515 |
|    Deputy Attorneys General | |

Department of the Attorney
 General, State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Tel: (808) 586-1494
E-mail: kimberly.t.guidry@hawaii.gov

Attorneys for HOLLY T. SHIKADA, in her official capacity as Attorney General of Hawaiʻi

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| RONALD G. LIVINGSTON; MICHAEL J. BOTELLO; KITIYA M. SHIROMA; JACOB STEWART; and HAWAII RIFLE ASSOCIATION,<br><br>      Plaintiffs,<br><br>   v.<br><br>ARTHUR J. LOGAN, in his official capacity as Police Chief of the City & County of Honolulu; CITY & COUNTY OF HONOLULU; and HOLLY T. SHIKADA, in her official capacity as Attorney General of Hawaiʻi,<br><br>      Defendants. | CIVIL NO. 19-00157 JMS-RT<br><br>**SECOND STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

## SECOND STIPULATION EXTENDING TIME
## TO RESPOND TO COMPLAINT

Plaintiffs RONALD G. LIVINGSTON, MICHAEL J. BOTELLO, KITIYA M. SHIROMA, JACOB STEWART, and the HAWAII RIFLE ASSOCIATION (collectively, "**Plaintiffs**"); Defendants ARTHUR J. LOGAN,[1] in his official capacity as the Chief of Police of the City & County of Honolulu; and the CITY & COUNTY OF HONOLULU (collectively, the "**County Defendants**"); and Defendant HOLLY T. SHIKADA,[1] in her official capacity as Attorney General of Hawai'i ("**Defendant Shikada**"), by and through undersigned counsel, hereby stipulate and agree to extend the time whereby the County Defendants and Defendant Shikada may respond to Plaintiffs' Complaint, filed herein on March 29, 2019 (ECF No. 1), to **September 16, 2022**.

All parties who have appeared in this action have signed this stipulation. This is the second stipulation filed in this case. The first stipulation (ECF No. 39) was entered on June 4, 2019, and extended the time for a responsive pleading to the Complaint (ECF No. 1) to July 3, 2019. On June 10, 2019, this action was stayed. ECF No. 40. The stay was terminated on September 2, 2022. ECF No. 55.

---

[1] In accordance with Rule 25(d) of the Federal Rules of Civil Procedure, Chief of Police Arthur J. Logan is automatically substituted for former Chief of Police Susan Ballard, and Attorney General Holly T. Shikada is automatically substituted for former Attorney General Clare E. Connors.

DATED: Honolulu, Hawai'i, September 2, 2022.

            /s/ *Sean A. Brady*
            SEAN A. BRADY

            Attorney for Plaintiffs RONALD G. LIVINGSTON, MICHAEL J. BOTELLO, KITIYA M. SHIROMA, JACOB STEWART, and HAWAII RIFLE ASSOCIATION

DATED: Honolulu, Hawai'i, September 2, 2022.

            /s/ *Robert M. Kohn*
            ROBERT M. KOHN

            Attorney for Defendants ARTHUR J. LOGAN, in his official capacity as Police Chief of the City & County of Honolulu, and CITY & COUNTY OF HONOLULU

DATED: Honolulu, Hawai'i, September 2, 2022.

            /s/ *Kimberly T. Guidry*
            KIMBERLY T. GUIDRY

            Attorney for Defendant HOLLY T. SHIKADA, in her official capacity as Attorney General of Hawai'i

**APPROVED AND SO ORDERED:**

DATED: Honolulu, Hawaii, September 6, 2022.



Rom A. Trader
United States Magistrate Judge

_____
Civil No. 19-00157 JMS-RT; *Livingston, et al. v. Logan, et al.*; Second Stipulation Extending Time to Respond to Complaint