HOLLY T. SHIKADA                                  4017
    Attorney General of Hawaiʻi

KIMBERLY T. GUIDRY                                7813
    Solicitor General of Hawaiʻi
ROBERT T. NAKATSUJI                               6743
KALIKOʻONALANI D. FERNANDES                       9964
KENDALL J. MOSER                                  6515
    Deputy Attorneys General
Department of the Attorney
 General, State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Tel:  (808) 586-1494
E-mail:  kimberly.t.guidry@hawaii.gov
         robert.t.nakatsuji@hawaii.gov
         kaliko.d.fernandes@hawaii.gov
         kendall.j.moser@hawaii.gov

Attorneys for HOLLY T. SHIKADA, in her official
capacity as Attorney General of Hawaiʻi

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| RONALD G. LIVINGSTON; MICHAEL J. BOTELLO; KITIYA M. SHIROMA; JACOB STEWART; and HAWAII RIFLE ASSOCIATION,<br><br>          Plaintiffs,<br><br>     v.<br><br>ARTHUR J. LOGAN, in his official capacity as Police Chief of the City & County of Honolulu; CITY & COUNTY OF HONOLULU; and HOLLY T. SHIKADA, in her official | CIVIL NO. 19-00157 JMS-RT<br><br>**DEFENDANT HOLLY T. SHIKADA'S NOTICE OF SIGNIFICANT DEVELOPMENTS; DECLARATION OF KIMBERLY T. GUIDRY; EXHIBIT "A"; CERTIFICATE OF SERVICE**<br><br>Judge:  Hon. J. Michael Seabright<br><br>Trial Date:  None |

1

capacity as Attorney General of Hawaiʻi,

    Defendants.

## DEFENDANT HOLLY T. SHIKADA'S
## NOTICE OF SIGNIFICANT DEVELOPMENTS

Defendant HOLLY T. SHIKADA,[1] in her official capacity as Attorney General of Hawaiʻi ("**Defendant Shikada**"), hereby concurs with the recitation of events stated in the Notice of Significant Developments filed by Defendants ARTHUR J. LOGAN,[1] in his official capacity as the Chief of Police of the City & County of Honolulu; and the CITY & COUNTY OF HONOLULU (collectively, the "**County Defendants**"), on September 6, 2022.

Defendant Shikada additionally wishes to notify the Court that on July 7, 2022, she issued Attorney General Opinion No. 22-02, entitled "Public Carry Licensing Under Hawaiʻi Law Following *New York State Rifle & Pistol Association v. Bruen*".  *See* Exhibit "A".

This Notice is filed pursuant to the Court's June 10, 2019 Order, and is based on the attached Declaration of Kimberly T. Guidry and Exhibit "A".

---

[1] In accordance with Rule 25(d) of the Federal Rules of Civil Procedure, Chief of Police Arthur J. Logan is automatically substituted for former Chief of Police Susan Ballard, and Attorney General Holly T. Shikada is automatically substituted for former Attorney General Clare E. Connors.

DATED: Honolulu, Hawaiʻi, September 6, 2022.

                                       */s/ Kimberly T. Guidry*
                                       KIMBERLY T. GUIDRY
                                       ROBERT T. NAKATSUJI
                                       KALIKOʻONALANI D. FERNANDES
                                       KENDALL J. MOSER

                                       Attorneys for Defendant HOLLY T.
                                       SHIKADA, in her official capacity as
                                       Attorney General of Hawaiʻi