IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| RONALD G. LIVINGSTON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARTHUR J. LOGAN, in his official capacity as Police Chief of the City & County of Honolulu, et al.,<br><br>Defendants. | CIVIL NO. CV19-00157 JMS/RT<br><br>DEMAND FOR JURY TRIAL |

DEMAND FOR JURY TRIAL

Defendants ARTHUR J. LOGAN, in his official capacity as the Chief of Police of the Honolulu Police Department, and CITY AND COUNTY OF HONOLULU, hereby demand a trial by jury of all issues herein triable of right by a jury.

//

DATED: Honolulu, Hawaiʻi, November 1, 2022.

>DANA M. O. VIOLA
>Corporation Counsel
>
>By  /s/ Daniel M. Gluck
>   DANIEL M. GLUCK
>   ROBERT M. KOHN
>   NICOLETTE WINTER
>   Deputies Corporation Counsel
>
>Attorneys for Defendants
>ARTHUR J. LOGAN, in his official
>capacity as the Chief of Police of the
>Honolulu Police Department, and
>CITY AND COUNTY OF HONOLULU