ANNE E. LOPEZ                                    7609
   Attorney General of Hawai'i
KIMBERLY TSUMOTO GUIDRY          7813
ROBERT T. NAKATSUJI                      6743
KALIKO'ONĀLANI D. FERNANDES    9964
NICHOLAS M. MCLEAN                       10676
KENDALL J. MOSER                            6515
   Deputy Attorneys General
Department of the Attorney
 General, State of Hawai'i
425 Queen Street
Honolulu, Hawai'i 96813
Tel:  (808) 586-1360
E-mail: nicholas.mclean@hawaii.gov

Attorneys for ANNE E. LOPEZ, in her official
capacity as Attorney General of Hawai'i

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| RONALD G. LIVINGSTON et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>ARTHUR J. LOGAN, in his official capacity as Police Chief of the City & County of Honolulu et al.,<br><br>      Defendants. | Civil No. 1:19-cv-00157-JMS-RT<br><br>**NOTICE OF SUBSTITUTION UNDER FRCP RULE 25(D); CERTIFICATE OF SERVICE**<br><br>Judge:<br>Hon. J. Michael Seabright<br><br>Magistrate Judge:<br>Hon. Rom Trader<br><br>No Trial Date Set |

## NOTICE OF SUBSTITUTION UNDER FRCP RULE 25(d)

This action names the Attorney General in her official capacity.  At noon on December 5, 2022, Attorney General Anne E. Lopez succeeded former Attorney General Holly T. Shikada.  Pursuant to Fed. R. Civ. P. Rule 25(d), "when a public officer who is a party in an official capacity" leaves office while an action is pending, "[t]he officer's successor is automatically substituted as a party."  "The court may order substitution at any time, but the absence of such an order does not affect the substitution."  *Id*.

DATED:  Honolulu, Hawaiʻi, December 5, 2022.

ANNE E. LOPEZ
Attorney General of the State of Hawaiʻi

 */s/ Nicholas M. McLean*

KIMBERLY TSUMOTO GUIDRY
ROBERT T. NAKATSUJI
KALIKOʻONĀLANI D. FERNANDES
NICHOLAS M. MCLEAN
KENDALL J. MOSER
     Deputy Attorneys General

Attorneys for Defendant ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaiʻi

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| RONALD G. LIVINGSTON, et al., | Civil No. 1:19-cv-00157-JMS-RT |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | <u>Judge</u>:<br>Hon. J. Michael Seabright |
| ARTHUR J. LOGAN, in his official capacity as Police Chief of the City & County of Honolulu, et al., | <u>Magistrate Judge</u>:<br>Hon. Rom Trader |
| Defendants. | <u>No Trial Date Set</u> |

## <u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was

served electronically through the Court's CM/ECF system upon the following:

James Hochberg, Esq.
700 Bishop Street, Suite 2100
Honolulu, Hawaii  96813
Tel.: (808) 256-7382
E-mail:  jim@jameshochberglaw.com

C.D. Michel, Esq.
Sean A. Brady, Esq.
Matthew D. Cubeiro, Esq.
180 East Ocean Boulevard, Suite 200
Long Beach, California  9082
Tel.: (562-216-4444
E-mail:  cmichel@michellawyers.com
        sbrady@michellawyers.com
        mcubeiro@michellawyers.com

Attorneys for Plaintiffs

1

Daniel M. Gluck, Esq.
Robert M. Kohn, Esq.
Nicolette Winter, Esq.
Department of the Corporation Counsel
530 South King Street, Room 110
Honolulu, Hawaii  96813
Tel.:  (808) 768-5236
E-mail:     daniel.m.gluck@honolulu.gov
             robert.kohn@honolulu.gov
             nwinter@honolulu.gov

Attorneys for Defendants ARTHUR J. LOGAN, in his official capacity as
Police Chief of the City & County of Honolulu,
and CITY AND COUNTY OF HONOLULU


       DATED:  Honolulu, Hawaiʻi, December 5, 2022.

                 ANNE E. LOPEZ
                 Attorney General of the State of Hawaiʻi

                 */s/ Nicholas M. McLean*
                 KIMBERLY TSUMOTO GUIDRY
                 ROBERT T. NAKATSUJI
                 KALIKOʻONĀLANI D. FERNANDES
                 NICHOLAS M. MCLEAN
                 KENDALL J. MOSER
                    Deputy Attorneys General

                 Attorneys for Defendant ANNE E. LOPEZ, in
                 her official capacity as the Attorney General of the
                 State of Hawaiʻi